| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) SILVERMAN, BARRY G. | 2. Court or Organization US Court of Appeals, 9th Cir. | 3. Date of Report 2/19/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US Circuit Judge (active) | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address US Courthouse 401 W Washington St, SPC 78 Phoenix AZ 85003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer | BAR/BRI, West Publishing Corp. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1984 | Maricopa County Deferred Compensation Plan |
| 2. | 11/27/01 | BAR/BRI & Barry G. Silverman, 5-year bar review lecture agreement |
| 3. | 1984 | State of Arizona Deferred Compensation Plan |

RECEIVED FEB 23 10 28 AM '05 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Silverman, Barry G | 2/19/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | AZ Elected Officials Retirement Plan; pension | $28,599.00 |
| 2. | 2004 | BAR/BRI, West Publishing Corp.; teaching bar review course | $8,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | self-employed court reporter |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | BAR/BRI, West Publishing Corp. | Travel expenses incident to teaching bar review course in Tempe AZ (1/20/04 & 7/1/04), Tucson AZ (7/30/04), & Las Vegas NV (7/2/04) |
| 2. | | |
| 3. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverman, Barry G | 2/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Wells Fargo Bank accounts | A | Interest | K | T | | | | | |
| 2.  Bank of America accounts | A | Interest | K | T | | | | | |
| 3.  US Savings Bonds | | None | L | T | | | | | |
| 4.  Fidelity Asset Manager mutual fund | A | Dividend | K | T | | | | | |
| 5.  Fidelity Equity Income II mutual fund | A | Dividend | K | T | | | | | |
| 6.  Fidelity Equity Income II mutual fund | A | Dividend | K | T | | | | | |
| 7.  Fidelity Equity Income II mutual fund | D | Dividend | N | T | | | | | |
| 8.  Fidelity Ginnie Mae mutual fund | A | Dividend | J | T | | | | | |
| 9.  Tax Free Trust of AZ mutual fund | C | Dividend | L | T | | | | | |
| 10. Israel Bond due 9/1/2015 | A | Interest | J | T | | | | | |
| 11. Israel Bond due 10/1/2005 | A | Interest | J | T | | | | | |
| 12. Israel Bond due 10/1/2008 | A | Interest | J | T | | | | | |
| 13. Israel Bond due 11/1/2004 | A | Interest | | | Redemption | 11/1 | J | A | |
| 14. Israel Bond due 3/1/04 | A | Interest | | | Redemption | 3/1 | J | A | |
| 15. Israel Bond due 5/1/2011 | A | Interest | J | T | | | | | |
| 16. Israel Bond due 3/1/2013 | A | Interest | J | T | | | | | |
| 17. Israel Bond due 9/1/2013 | A | Interest | J | T | | | | | |
| 18. Israel Bond zero coupon due 1/31/2006 | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,901-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Silverman, Barry G | 2/19/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Israel Bond due 10/1/2014 | A | Interest | J | T | | | | | |
| 20. | Israel Bond due 10/2011 | A | Interest | J | T | | | | | |
| 21. | Maricopa County Deferred Compensation Plan | | None | M | T | | | | | |
| 22. | State of Arizona Deferred Compensation Plan | | None | L | T | | | | | |
| 23. | Vanguard 500 Portfolio Index Trust mutual fund | B | Dividend | M | T | | | | | |
| 24. | Vanguard 500 Portfolio Index Trust mutual fund | B | Dividend | L | T | | | | | |
| 25. | Vanguard 500 Portfolio Index Trust mutual fund | B | Interest | L | T | | | | | |
| 26. | First Credit Union accounts | A | Interest | K | T | | | | | |
| 27. | Federal Reserve Bank Treasury Direct Acct | D | Interest | N | T | | | | | |
| 28. | Fidelity Spartan AZ Muni Inc Fund | D | Dividend | M | T | | | | | |
| 29. | Prudential Whole Life | A | Dividend | | | Surrendered | 1/23 | J | A | |
| 30. | Minnesota Life Whole Life | A | Dividend | J | T | | | | | |
| 31. | Horace Mann Whole Life | A | Dividend | J | T | | | | | |
| 32. | Great Western Life Ins | | | J | T | Buy | 1/5 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Silverman, Barry G | 2/19/2005 |

VIII  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date    2/19/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544